1
2
3
4
5

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6
7        UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA,  ) | Case No.: SA 13-131 M |
| 11             Plaintiff,     ) | |
| 12       vs.                  ) | ORDER OF DETENTION AFTER HEARING |
| 13                            ) | [Fed. R. Crim. P. 32.1(a)(6); |
| 14  Cornelius Jermaine Dobbs, ) | 18 U.S.C. § 3143(a)] |
| 15             Defendant.     ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Northern District of Illinois for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _unknown background and bail resources, failure to_

1  <u>report to probation office, absconding from supervision</u>
2  <u>where he had a poor line of credit, apparently</u>
3  <u>opened new line of credit</u>
4  and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9  on:_____
10 _____
11 _____
12 _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:  4/5/13                    _____
                                     JEAN ROSENBLUTH
18                                   U.S. MAGISTRATE JUDGE